UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**STAR V. MILLER**                                                                            **PLAINTIFF**

vs.                                              **CIVIL ACTION NO.  3:15CV-677-CRS**

**NELNET SERVICING, LLC, ET AL**                                          **DEFENDANTS**

## ORDER

Counsel for Plaintiff having filed an Amended Notice of Voluntary Dismissal (DN 7), no answer or other responsive pleading having been filed on behalf of Defendant Nelnet Servicing, LLC, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant Nelnet Servicing, LLC, is **DISMISSED** with prejudice from this matter.  This Order does not affect Plaintiff's claims against any other party in this matter.

Dated:   October 19, 2015

                                             **Charles R. Simpson III, Senior Judge**
                                                   **United States District Court**

cc:  Counsel of Record